

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00198-CR
_____

FERNANDO ADAME, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 100th District Court
Hall County, Texas
Trial Court No. 3794 (Counts I & II), Honorable Stuart Messer, Presiding

July 14, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Fernando Adame Jr., appeals his convictions for aggravated assault with a deadly weapon[1] and for failure to stop and render aid following a traffic accident.[2] Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by

---

[1] *See* TEX. PENAL CODE ANN. § 22.02(a)(2).

[2] *See* TEX. TRANSP. CODE ANN. § 550.021.

Appellant and his attorney.  As no decision of the Court has been delivered, the motion is granted, and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.